Todd M. Austin, Esq. (Bar No. 232355)
  *TMA @ClintonLaw.com*
David A. Clinton, Esq. (Bar No. 150107)
  *DAC@ClintonLaw.com*
E. Susie Mendoza, Esq. (Bar No. 322936)
  *ESM@ClintonLaw.com*
**CLINTON & CLINTON**
100 Oceangate, 14th Floor
Long Beach, California  90802
Ph.: (562) 216-5000
Fax: (562) 216-5001

Attorneys for Defendant, **AIMBRIDGE HOSPITALITY, LLC**

UNITED STATES DISCTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DR. ELLIOT MCGUCKEN, an individual** )<br>                Plaintiff, )<br>       **v.** )<br>     )<br>**THE ANZA HOTEL, a California entity of form unknown;** )<br>**AIMBRIDGE HOSPITALITY, LLC** )<br>**a Delaware limited liability corporation; and Does 1-10, inclusive,** )<br>               Defendants. )<br>_____ ) | Case No.:  2:24-cv-02852-DMG-JC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R 8-3)**<br><br>*Complaint Served:  July 3, 2024*<br>*Current Response Date: July 24, 2024*<br>*New Response Date:  August 14, 2024* |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff, DR. ELLIOT McGUCKEN ("Plaintiff") and Defendant, AIMBRIDGE HOSPITALITY, LLC (hereinafter "Defendant"), through their respective attorneys of record, as follows:

1    WHEREAS, Plaintiff filed his Complaint on June 24, 2024;

2    WHEREAS, Plaintiff served the Summons and Complaint on Defendant on

3 July 3, 2024;

4    WHEREAS, Defendant desires additional time to prepare and file its

5 responsive pleading;

6    WHEREAS, Plaintiff is willing to provide additional time for Defendant to

7 prepare and file its responsive pleading.

8    NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE

9 PARTIES HEREBY STIPULATE THAT:

10    1. The Defendant's last day to file its pleading in response to the Complaint

11 on file in this matter is extended from July 3, 2024 to August 14, 2024.

12

13 IT IS SO STIPULATED AND AGREED.

14

15 DATED: July 24, 2024                    DONIGER / BURROUGHS

16                                          / s / Frank R. Treschel, Esq .

17                              By:         _____

18                                          SCOTT A. BURROUGHS, ESQ.
                                            FRANK R. TRESCHEL, ESQ.
19                                          Attorneys for Plaintiff,
                                            **DR. ELLIOT McGUCKEN**
20

21 DATED: July 24, 2024                    CLINTON & CLINTON

22                                          / s / E. Susie Mendoza, Esq.

23                              By:         _____

24                                          DAVID A. CLINTON, ESQ.
25                                          TODD M. AUSTIN, ESQ.
                                            E. SUSIE MENDOZA, ESQ.
26                                          Attorneys for Defendant,
27                                          **AIMBRIDGE HOSPITALITY,**
                                            **LLC**
28

## PROOF OF SERVICE:

(California Code of Civil Procedure § 1013A(3))
I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 100 Oceangate, Long Beach, California  90802.
On July 24, 2024, I served the foregoing document described as: **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R 8-3)** on the parties to this action by placing a true copy thereof in a sealed envelope or package addressed to the person(s) at the address(es) as set forth below and caused said envelope or package to be served in the following manner:

### SEE SERVICE LIST BELOW

(By Mail) I caused such envelope or package with postage thereon fully prepaid to be placed in the United States mail at Long Beach, California. I am readily familiar with this firm's practice of collecting and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for the mailing in affidavit.

(By Fax) I caused such documents to be faxed at Long Beach, California from Fax number (562)216-5001.   The facsimile machine I used compiled with Rule 2.301 of the California Rules of Court, and no error was reported by the machine.  Pursuant to Rule 2.306(h), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

(By Personal Service) I caused such envelope or package to be delivered by hand to the addressee(s).

(By Electronic Mail) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address (AAI@clintonlaw.com) to the person(s)s at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

__X__

(State) I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

__X__

Executed on July 24, 2024 at Long Beach, California.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ASHLEIGH IBRAM

**SERVICE LIST:**

| | |
|---|---|
| Scott A. Burroughs, Esq. (SBN 235718)<br>Frank R. Trechsel, Esq. (SBN 312199)<br>DONIGER / BURROUGHS<br>603 Rose Avenue<br>Venice, California 90291<br><br>Tel: (310) 590-1820<br><br>Email 1: scott@donigerlawfirm.com<br>Email 2: ftrechsel@donigerlawfirm.com<br><br>***Attorneys for Plaintiff, DR. ELLIOT MCGUCKEN*** | |