# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ELLIOT MCGUCKEN,<br><br>Plaintiff,<br><br>v.<br><br>23627 CALABASAS ROAD LLC, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-02852-DMG-JC<br><u>Hon. Dolly M. Gee Presiding</u><br><br>**ORDER DISMISSING CASE IN ITS ENTIRETY, WITH PREJUDICE [46]** |

# **ORDER**

Pursuant to the Stipulation of Plaintiff Dr. Elliot McGucken and Defendants 23627 Calabasas Road LLC and Aimbridge Hospitality, LLC, this action is hereby dismissed, in its entirety, with prejudice, and with Plaintiff, on the one hand, and Defendants, on the other hand, to bear their respective attorneys' fees and costs.

SO ORDERED.

Dated: February 21, 2025

                                                DOLLY M. GEE
                                                Chief United States District Judge